UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ADLER and CODY URQUHART, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>VOLUME SERVICES, INC., et al.,<br><br>                                    Defendants. | Case No.:  25-cv-01939-AJB-BJW<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO TRANSFER VENUE AND TRANSFERRING THE ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>**(Doc. No. 25)** |

Before the Court is the parties' joint motion seeking to vacate all dates and deadlines and transfer this action to the Central District of California, where Defendants contend a related action, *Garcia v. Volume Services, Inc., et al.* ("*Garcia*"), No. 2:25-cv-5964-JAK-AS (C.D. Cal.), is pending. (Doc. No. 25.) Based on the parties' supplemental briefing (Doc. No. 27), the Court finds transfer of the instant action proper under either 28 U.S.C. § 1404(a) or the first-to-file doctrine.

///

Accordingly, the Court **GRANTS** the parties' joint motion to transfer and **TRANSFERS** the instant action to the Central District of California to be consolidated with the *Garcia* action.[1]

**IT IS SO ORDERED.**

Dated:  January 29, 2026

Hon. Anthony J. Battaglia
United States District Judge

---

[1] The Court declines to vacate the parties' schedule based on a lack of good cause. (*See* Doc. Nos. 25; 27.) As fact discovery is well underway and set to close April 24, 2026, which is the next proximate date (*see* Doc No. 17), any scheduling changes are more properly left for the transferee court.

25-cv-01939-AJB-BJW